UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33652 |
|---|---|
| BRIAN H RAMSEY JR. | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 5 | BANK OF AMERICA NA<br>BOX 26012<br>NC4 105 03 14<br>GREENSBORO, NC  27420 | 184.99 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service                        06-33652

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

BRIAN H RAMSEY JR.
3027 MIRIMAR STREET
DAYTON, OH 45409

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH 45459

(5.1)
BANK OF AMERICA NA
BOX 26012
NC4 105 03 14
GREENSBORO, NC 27420

(35.1n)
JOEL K JENSEN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201

(33.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(38.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL 33131

(39.1n)
VATIV RECOVERY SOLUTIONS
PO BOX 19249
SUGAR LAND, TX 77496

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    cs